**Douglas Ray ELLIOTT,
Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41444.**

Missouri Court of Appeals,
Western District.

Aug. 1, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Jan King, Jefferson City, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
MANFORD and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).